UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TEXAS
EL PASO DIVISION

| | |
|---|---|
| AMALIA MORIN, | § |
| *Plaintiff*, | § |
| v. | § |
| | §  EP-25-CV-00414-DCG-ATB |
| FRANK BISIGNANO, | § |
| *Commissioner of the Social Security Administration*,[1] | § |
| *Defendant*. | § |

## ORDER ACCEPTING REPORT AND RECOMMENDATION

After the Commissioner of the Social Security Administration denied Plaintiff Amalia Morin's claim for disability insurance benefits, Plaintiff appealed the Commissioner's decision to this Court.[2] In accordance with the undersigned Judge's "Standing Order Referring Social Security Cases," the Court automatically referred Plaintiff's appeal to U.S. Magistrate Judge Anne T. Berton.[3] Judge Berton has now issued a Report and Recommendation ("R. & R.") advising the Court to deny Plaintiff's "Motion to Proceed *In Forma Pauperis*."[4] For the following reasons, the Court **ACCEPTS** the R. & R. **IN FULL**.

---

[1] The Court has automatically substituted Commissioner Bisignano as the named Defendant in this suit. *See* FED. R. CIV. P. 25(d).

[2] *See generally* Compl., ECF No. 1-1, Mot., ECF No. 1.

[3] *See* Standing Order Referring Social Security Cases (W.D. Tex. May 3, 2012).

[4] *See generally* R. & R., ECF No. 2.

## I.   DISCUSSION

### A.   Neither Party Objected to the R. & R. by the Applicable Deadline, So the Court Will Review the R. & R. Under the Deferential "Clearly Erroneous or Contrary to Law" Standard

The standard of review that a District Judge applies when deciding whether to accept, reject, or modify a Magistrate Judge's report and recommendation depends on whether a party has objected to it by the applicable deadline. If a party files a timely objection to a report and recommendation, then "the Court must make a *de novo* determination of those portions of the report or proposed findings or recommendations to which objection is made."[5] But if "no party objects to [a] Magistrate Judge's Report and Recommendation" by the applicable deadline, then "the Court is not required to perform a *de novo* review"; instead, the Court "need only review [the report and recommendation] to decide whether [it] is *clearly erroneous or contrary to law*."[6]

Here, the Clerk of Court served the parties with Judge Berton's R. & R. on September 30, 2025.[7] The parties thus had until October 14, 2025 to object to the R. & R.[8] Neither party filed an objection by that date, so the Court will accept the R. & R. in its entirety unless it's clearly erroneous or contrary to law.[9]

---

[5] *E.g.*, *Mission Pharmacal Co. v. Virtus Pharms., LLC*, No. 5:13-cv-00176, 2014 WL 12480014, at *1 (W.D. Tex. Mar. 28, 2014); *see also* 28 U.S.C. § 636(b)(1).

[6] *Magdalena Garcia v. Sessions*, No. 1:18-CV-59, 2018 WL 6732889, at *1 (S.D. Tex. Nov. 7, 2018) (emphasis added); *see also, e.g.*, *Tamayo v. Galindo*, No. 5:08-cv-00392, 2008 WL 11333884, at *1 (W.D. Tex. Aug. 29, 2008) (similar).

[7] The Clerk's office served the R. & R. on September 30, 2025 when it posted the R. & R. to the Court's electronic docket. *See* FED. R. CIV. P. 5(b)(2) (providing (with exceptions that don't apply here) that when a document is served on "a registered user" of "the court's electronic-filing system" by filing it on the electronic docket, "service is complete *upon filing*" (emphasis added)).

[8] *See* 28 U.S.C. § 636(b)(1) (providing (with exceptions that don't apply here) that "any party may serve and file written objections to" an R. & R. "*[w]ithin fourteen days after being served with a copy*" (emphasis added)).

[9] *See supra* note 6 and accompanying text.

## B.   The R. & R. Is Neither Clearly Erroneous Nor Contrary to Law

After carefully reviewing Judge Berton's R. & R., the Court concludes that it's neither clearly erroneous nor contrary to law.[10]

## II.   CONCLUSION

The Court therefore **ACCEPTS** Judge Berton's "Report and Recommendation" (ECF No. 2) **IN FULL**.

The Court thereby **DENIES** Plaintiff's "Motion to Proceed *In Forma Pauperis*" (ECF No. 1).

The Court finally **ORDERS** Plaintiff to pay in full the filing fee within **fourteen (14) days** of this Order. Should Plaintiff fail to timely pay the filing fee, this matter **SHALL BE DISMISSED** without prejudice and without further notice.

**So ORDERED and SIGNED this 20th day of October 2025.**

_____
**DAVID C. GUADERRAMA**
**SENIOR U.S. DISTRICT JUDGE**

---

[10] *See generally* R. & R.